FILED: October 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6589
(1:13-cr-00070-CCE-1)
(1:13-cv-01158-CCE-LPA)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ARNOLD PAUL BURLESON

    Defendant - Appellant

_____

O R D E R
_____

The court appoints Kevin King to represent appellant on appeal. Counsel is referred to the **CJA Payment Memorandum** for information on appointment terms.

In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material to which defense counsel did not have access in the district court. Any transcripts sent to prior counsel shall be provided by prior counsel to newly appointed counsel.

The court having appointed new counsel for purposes of this appeal, any motion for further substitution of counsel shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk